DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MATT GIANCOLA, JIMMIE HERNDON, JOE HERNDON, PAUL JACQUIN, SR., PAUL JACQUIN, JR., DONNIE ROLISON** and **LAWRENCE VICKERS,** Being members of a Florida Partnership known as **EL RANCHO,**
Appellants,

v.

**BRYAN VANLANDINGHAM, EL RANCHO, LLC,** a Florida limited liability company, **NATALIE VANLANDINGHAM,**
Appellees.

No. 4D16-4215

[February 22, 2018]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; Barbara W. Bronis, Judge; L.T. Case No. 11-802 CA.

MaryEllen M. Farrell and Rickey L. Farrell of Rickey L. Farrell, Attorney At Law, P.A., Port St. Lucie, for appellants.

Susan B. Yoffee of Haile Shaw & Pfaffenberger, North Palm Beach, for appellees.

PER CURIAM.

*Affirmed.*

TAYLOR, MAY and DAMOORGIAN, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***